# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Debra Warren a/k/a Debra Montgomery<br>Debtor(s) | BK NO. 22-00396 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of COLONIAL SAVINGS F.A. and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
03 Jan 2024, 12:06:55, EST

                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322